IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DORENA COLEMAN, CURTIS JACKSON, and FEDERICO PEREZ, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-847-RP |
| CECILE ERWIN YOUNG, Executive Commissioner, JORDAN DIXON, Interim Chief Policy and Regulatory Officer, MAURICE MCCREARY, JR., Chief Operating Officer, and MICHELLE ALLETTO, Chief Program and Services Officer, in their official capacities with the Texas Health and Human Services Commission, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting the parties' Joint Motion for Final Approval of Settlement and Final Certification of the Rule 23 Settlement Class, and Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses. (Order, Dkt. 69). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorneys' fees and expenses totaling $500,000, as previously set out by the Court. (Order, Dkt. 69).

**IT IS FINALLY ORDERED** that the Court shall retain jurisdiction over this matter through **August 31, 2023** for the sole purpose of adjudicating disputes arising before that date related to enforcement of the Settlement Agreement.

**SIGNED** on December 6, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE